UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

IN RE:

ADMISSION TO PRACTICE,          MISC. NO. 2:19-128
AS A THIRD-YEAR LAW STUDENT,
OF ADAM J. ARES.

## M O T I O N

Comes now the United States of America, by counsel, and moves that Adam J. Ares be permitted to appear and practice as a Third-Year Law Student on behalf of the United States of America, under the supervision of the United States Attorney or an Assistant United States Attorney of this District, in cases before this Court.

In support of this motion, the United States alleges as follows:

1. Adam J. Ares, a Third-Year Law Student at the University of Cincinnati College of Law, in Cincinnati, Ohio, is presently serving as a Student Volunteer Law Clerk in the Office of the United States Attorney for the Southern District of West Virginia through August 9, 2019;

2. The University of Cincinnati College of Law, Cincinnati, Ohio, is a law school approved by the American Bar Association;

3. As set forth in the Certificate of Law Student Pursuant to Local Rules of Criminal Procedure 44.2 of this Court, Adam J.

Ares has completed legal studies amounting to four semesters and is in good academic standing;

4. Adam J. Ares has certified in writing that he has read and is familiar with the Code of Professional Conduct of the American Bar Association, which certification is attached hereto; and

5. Adam J. Ares will be introduced to this Court by an attorney admitted to practice before the Court.

WHEREFORE, it is requested that Adam J. Ares be authorized to appear and practice as a Third-Year Law Student in this Court on behalf of the United States of America, under the supervision of the United States Attorney or an Assistant United States Attorney for this District.

Respectfully submitted,

UNITED STATES OF AMERICA

_____
MICHAEL B. STUART
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE: CERTIFICATION BY THE DEAN OF THE UNIVERSITY OF CINCINNATI COLLEGE OF LAW THAT LAW STUDENTS ARE ELIGIBLE FOR APPEARANCE PURSUANT TO RULE 44.2.

TO THE HONORABLE JUDGES FOR THE UNITED STATES DISTRICT COURT:

Now comes Verna L. Williams and respectfully certifies to the Honorable Court as follows:

1. I, Verna L. Williams, am the duly appointed Dean of the University of Cincinnati College of Law.

2. The University of Cincinnati College of Law is a law school located in the City of Cincinnati, in the State of Ohio, and said law school is duly and presently approved by the American Bar Association.

3. One, Adam J. Ares, is a law student duly enrolled in the University of Cincinnati College of Law and his supervising attorney is Michael B. Stuart, United States Attorney for the Southern District of West Virginia, or such other person as he may designate.

4. Said student is in good academic standing, has completed legal studies amounting to four (4) semesters of full-time work in said School of Law, is of good character and has competent legal ability to appear as an eligible student attorney pursuant to Rule

44.2, Local Rules of Criminal Procedure - Legal Assistance by Law Students.

5. Attached hereto is a certificate also filed pursuant to said Rule signed by the said Adam J. Ares, the law student certified.

6. Said student will be introduced to the court by the United States Attorney's Office who is admitted practice before this court.

WHEREFORE, it is prayed that this certification and the attached certificate be filed in accordance with the said Rule.

Respectfully submitted,

Verna L. Williams
Dean
University of Cincinnati
College of Law

Dated: 5/29/19

Enclosure:   Student Certificate

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE:   CERTIFICATE OF LAW STUDENT PURSUANT TO RULE 44.2.

TO THE HONORABLE JUDGES FOR THE UNITED STATES DISTRICT COURT:

Now comes Adam J. Ares and respectfully represents to the Honorable Court as follows:

1. Your orator, Adam J. Ares, is a law student duly enrolled in the University of Cincinnati College of Law, has completed four (4) semesters of full-time legal studies, and is in good academic standing.

2. Your orator has read and is familiar with Rule 44.2 relating to Legal Assistance by Law Students and the Code of Professional Conduct of the American Bar Association.

3. Your orator will be governed in the conduct of his activities pursuant to Rule 44.2 and by the Code of Professional Conduct.

4. This certificate and these representations are filed with this Honorable Court pursuant to the said Rule.

WHEREFORE, it is prayed that this certificate and these representations be filed with the certification of the Dean of the University of Cincinnati College of Law that said Adam J. Ares, your orator herein, is eligible as a law student to make an appearance pursuant to said Rule.

Respectfully submitted,

*[signature]*

Adam J. Ares

Dated: 5/28/19